United States District Court
Eastern District of Michigan

**L.A.**, a legally incapacitated Minor, by and through his Mother and Next Friend, **Kiersten Reeser**, **Kiersten Reeser**, Individually, **Jeremy Armstrong**, Individually,

    Plaintiffs,

v.

**United States of America,** and **W.A. Foote Memorial Hospital** a/k/a **Henry Ford Allegiance Health,** and **Charles Edward Rollison, D.O.,** and **Ronald Nichols, M.D.,** and **Alma Garlo, M.D.**,

    Defendants.

Civil No. 21-12050

Honorable Robert H. Cleland
Mag. Judge David R. Grand

### STIPULATED ORDER OF VOLUNTARY DISMISSAL OF COUNT VII OF PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and by stipulation of the Plaintiffs and Defendant United States, Count VII of Plaintiffs' Complaint, which asserts a claim of Negligent Selection, Retention, Training &

2

Supervision against Defendant USA, is voluntarily dismissed without prejudice.

    IT IS SO ORDERED.

                                                                                                 <u>s/Robert H. Cleland</u>

                                                                                                 Robert H. Cleland
                                                                                                 United States District Chief Judge

Dated: November 17, 2021

Stipulated and agreed to by:

| | |
|---|---|
| **BEAM LEGAL TEAM, LLC** | **SAIMA S. MOHSIN**<br>Acting United States Attorney |
| */s/ Matt Patterson (with consent)*<br>Matthew M. Patterson (P79553)<br>954 W. Washington Blvd., Suite 215<br>Chicago, IL 60607<br>(312) 733-0930<br>mpatterson@beamlega'lteam.com | */s/ Zak Toomey*<br>Zak Toomey (MO61618)<br>Assistant U.S. Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9617<br>zak.toomey@usdoj.gov |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |
| Dated: November 9, 2021 | Dated: November 9, 2021 |