UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

L.A., a legally incapacitated Minor, by and through his Conservator, LINDA BOBRIN-PLOTKIN, and KIERSTEN REESER, KIERSTEN REESER, Individually, JEREMY ARMSTRONG, Individually,

      Plaintiffs,

vs.

UNITED STATES OF AMERICA, and
W.A. FOOTE MEMORIAL HOSPITAL a/k/a HENRY FORD ALLEGIANCE HEALTH, and CHARLES EDWARD ROLLISON, D.O., and RONALD NICHOLS, M.D., and ALMA GARLO, M.D.,

      Defendants.

Case No: 21-12050

Hon. Robert H. Cleland
Mag. David R. Grand

---

JACK BEAM (P24600)
MATTHEW M. PATTERSON (P79553)
RYAN P. TIMONEY (P81685)
BEAM LEGAL TEAM, LLC
Attorneys for Plaintiffs
954 W. Washington Blvd., Suite 215
Chicago, IL 60607
(312) 733-0930; (312) 733-0921 (fax)

RALPH F. VALITUTTI, JR. (P26128)
MICHAEL J. PAOLUCCI (P44548)
KITCH, DRUTCHAS, WAGNER, VALITUTTI & SHERBROOK
Attorneys for Defendants Rollison and Garlo
10 South Main Street, Suite 200
Mt. Clemens, MI 48043
(586) 983-4130; (586) 463-8994 (Fax)
Ralph.Valitutti@kitch.com
Michael.Paolucci@kitch.com

ZAK TOOMEY (MO61618)
CHRISTOPHER DOYLE (P79376)
Attorneys for Defendant USA
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9617 zak.toomey@usdoj.gov
Christopher.doyle@usdoj.gov

GEOFFREY N. FIEGER (P30441)
FIEGER & FIEGER, P.C.
Attorney for Plaintiffs
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555; (248) 355-5148 (fax)

LEROY H. WULFMEIER III (P22583)
JOHN R. FLEMING (P79748)
GIARMARCO, MULLINS & HORTON, PC
Attorneys for W.A. Foote Memorial Hosp a/k/a Henry Ford Allegiance and Ronald Nichols M.D.
101 W. Big Beaver Road, 10th Floor
Troy, Michigan 48084
(248) 457-7000
lwulfmeier@gmhlaw.com
jfleming@gmhlaw.com

Kitch Drutchas Wagner
Valitutti & Sherbrook
ATTORNEYS AND COUNSELORS
10 S. MAIN STREET, SUITE 200
MT. CLEMENS, MICHIGAN
48043-7903

(586) 463-9770

MTC01:1234183.2

**DEFENDANTS, CHARLES EDWARD ROLLISON, D.O. AND ALMA GARLO, M.D.'S, CONCURRENCE REGARDING ARGUMENTS RAISED AND LEGAL AUTHORITY CITED IN RESPONSE BRIEFS FILED BY CO-DEFENDANTS, HENRY FORD ALLEGIANCE HEALTH [57] AND UNITED STATES OF AMERICA [58] IN RESPONSE TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PEER REVIEW MATERIALS [53]**

NOW COME Defendants, CHARLES EDWARD ROLLISON, D.O., and ALMA GARLO, M.D., by and through their attorneys, KITCH, DRUTCHAS, WAGNER, VALITUTTI & SHERBROOK, and hereby concur in the requested relief set forth in Co-Defendants, HENRY FORD ALLEGIANCE HEALTH, and UNITED STATES OF AMERICA'S Response briefs in opposition to Plaintiffs' Motion to Compel Production of Peer Review Materials, for the reasons set forth in Co-Defendants' Response Briefs [ECF 57 and ECF 58], and hereby incorporate by reference, and rely upon the arguments and/or legal authorities cited within the above response briefs in support of the requested relief that Plaintiffs' Motion to Compel Production of Peer Review Materials be denied.

Respectfully submitted,

KITCH, DRUTCHAS, WAGNER, VALITUTTI & SHERBROOK

By: /s/ *Ralph F. Valitutti*
RALPH F. VALITUTTI (P26128)
MICHAEL J. PAOLUCCI (P44548)
Attorneys for Defendant Rollison and Garlo
10 South Main Street, Suite 200
Mt. Clemens, MI 48043
(586) 493-4430

Dated: February 10, 2023

**CERTIFICATE OF SERVICE**

I, Janice Franco, hereby certify that I am employed with the firm of KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK, and that on February 10, 2023, I personally caused to be served the within with the Clerk of the Court using the ECF system which will send email notification of such filing to all attorneys of record. I declare that the statements above are true to the best of information, knowledge and belief.

/s/ *Janice Franco*
Janice Franco

Kitch Drutchas Wagner
Valitutti & Sherbrook
ATTORNEYS AND COUNSELORS
10 S. MAIN STREET, SUITE 200
MT. CLEMENS, MICHIGAN
48043-7903
(586) 463-9770

2

MTC01:1234183.2